IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **PEOPLE'S UNITED BANK, N.A.,** as successor in interest to CGI Finance, Inc., a Delaware corporation,  **Plaintiff,**  v.  **VICTOR TEUMER, et al.,**  **Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 1:20-cv-87-TFM-M<br>)<br>)<br>)<br>) |

**ORDER**

Pending before the Court is Plaintiff's *Notice of Service Attempt on Victor Teumer* (Doc. 9, filed 5/13/20), indicating that Plaintiff's attempts to complete service on Defendant Victor Teumer have been unsuccessful.

The Complaint in this case was filed on February 14, 2020. Doc. 1. Under Fed. R. Civ P. 4(m), "[i]f a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But, if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period." FED. R. CIV. P. 4(m).

Ninety days from the date the complaint was filed expired on May 14, 2020. To date there is no indication that Defendant Victor Teumer has been properly served. An Answer was filed for the second defendant, Lee Teumer, on April 21, 2020. In the recently filed notice, Plaintiff indicates that a private process server attempted to serve both defendants at the same Fairhope address but was only able to serve Lee Teumer. Plaintiff was informed that Victor Teumer no

longer lives at the Fairhope address and has been unable to locate him as yet. Although Plaintiff does not explicitly move the Court for an extension, the discussion of Plaintiff's attempts to serve Defendant Victor Teumer indicates that the Plaintiff recognizes the issue presented by Rule 4(m) in that the notice was filed at the ninety (90) day timeframe.

Accordingly, the Court **CONSTRUES** Plaintiff's notice of service attempt as a motion to extend the time for service under Rule 4(m). The Court finds good cause for the extension and **GRANTS** an additional sixty (60) days for service on Defendant Victor Teumer, or until **July 13, 2020**.

**DONE** and **ORDERED** this 19th day of May 2020.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE